```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 33081
    MAUREEN M CARNEY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9604

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/07/2004 and was confirmed 12/09/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.99% from remaining funds.

    The case was paid in full 11/07/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
BANK ONE~                  CURRENT MORTG       .00           .00            .00
BANK ONE~                  MORTGAGE ARRE    1464.05          .00        1464.05
COOK COUNTY TREASURER      SECURED            96.17          .00          96.17
GOTHAM LOFTS CHICAGO CON   SECURED          2328.23          .00        2328.23
NATIONAL CITY MORTGAGE     CURRENT MORTG       .00           .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE   12264.52          .00       12264.52
INTERNAL REVENUE SERVICE   PRIORITY         7064.70          .00        7064.70
BANK ONE~                  UNSECURED       14477.50          .00        2170.47
CLIENT SERVICES            UNSECURED       NOT FILED         .00            .00
CITIBANK                   UNSECURED       NOT FILED         .00            .00
RETAILERS NATIONAL BANK    UNSECURED OTH    3247.64          .00         486.92
IL DEPT OF EMPLOYMENT SE   UNSECURED       NOT FILED         .00            .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED         .00            .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED         .00            .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         545.46          .00          81.78
ROUNDUP FUNDING LLC        UNSECURED        3282.62          .00         492.13
NATIONAL CITY MORTGAGE     COST OF COLLE       .00           .00            .00
PHILIP A IGOE              DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                      1,601.03
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             28,050.00

PRIORITY                                7,064.70
SECURED                                16,152.97
UNSECURED                               3,231.30
ADMINISTRATIVE                              .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 33081 MAUREEN M CARNEY
```

```
TRUSTEE COMPENSATION                                            1,601.03
DEBTOR REFUND                                                        .00
                                        ----------------  ----------------
TOTALS                                         28,050.00         28,050.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 02/28/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE